IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
SEP - 7 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 1:22CR114-TBM-RPM

WALTON STEPHEN VAUGHAN                          18 U.S.C. § 2252(a)(4)(B) and (b)(2)

**The Grand Jury charges:**

On or about February 27, 2019, in George County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **WALTON STEPHEN VAUGHAN**, did knowingly possess one or more matters that contained any visual depiction, using any means or facility of interstate or foreign commerce, including by computer, or that had been mailed, shipped, or transported in interstate or foreign commerce, or which was produced using materials that had been so mailed, shipped, or transported, the production of which involved one or more minors, to include a prepubescent minor or a minor who had not attained 12 years of age, engaging in sexually explicit conduct and the depiction was of such conduct, specifically: the defendant possessed five (5) DVDs designated as one (1) Memorex silver DVD-R with "T" written in marker, one (1) Memorex silver DVD-R with "Bea R Us May 2008" written in marker, one (1) Memorex silver DVD-R with "P Sam" written in marker, one (1) Memorex black DVD-R with "Nightmare on Twink Street" written in marker, one (1) White DVD with "4 Tim" written in marker; one (1) Silver and Black Toshiba Laptop with SN# Y8516806Q with charger; one (1) Fujitsu Hard Drive MHZ2160BH with Serial Number K61BT8A29PHB (hard drive from Toshiba laptop); one (1) Sandisk Cruzer 16GB black and white thumb drive with serial number BL1009OHYB; one (1) Sandisk Cruzer 16GB black and white thumb drive with serial number BL1006OEUB; one (1) Sandisk Cruzer 32GB black and red thumb drive with serial number BM1201WZOB; one (1) Lexar 8GB black and blue thumb

drive with serial number LJDTT86GB-000-1001AB; one (1) Cruzer Slide 16GB purple and gray thumb drive with serial number BL150424774B; one (1) Sandisk Ultra Plus 32GB Micro SD Card with serial number 5272PRA14396 with adapter, all containing one or more file images, in digital still or video format, that contained visual depictions, the production of which involved the use of a minor engaged in sexually explicit conduct, to include a prepubescent minor or a minor who had not attained 12 years of age, and was of such conduct, as defined in Title 18, United States Code, Section 2256, and that had traveled in interstate commerce.

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

The grand jury has determined the probable cause exists to believe that the following property is subject to forfeiture as a result of the offense alleged in this indictment:

**One (1) Memorex silver DVD-R with "T" written in marker;**

**One (1) Memorex silver DVD-R with "Bea R Us May 2008" written in marker;**

**One (1) Memorex silver DVD-R with "P Sam" written in marker;**

**One (1) Memorex black DVD-R with "Nightmare on Twink Street" written in marker;**

**One (1) White DVD with "4 Tim" written in marker;**

**One (1) Silver and Black Toshiba Laptop with SN# Y8516806Q with charger;**

**One (1) Fujitsu Hard Drive MHZ2160BH with Serial Number K61BT8A29PHB (hard drive from Toshiba laptop);**

One (1) Sandisk Cruzer 16GB black and white thumb drive with serial number BL1009OHYB;

One (1) Sandisk Cruzer 16GB black and white thumb drive with serial number BL1006OEUB;

One (1) Sandisk Cruzer 32GB black and red thumb drive with serial number BM1201WZOB;

One (1) Lexar 8GB black and blue thumb drive with serial number LJDTT86GB-000-1001AB;

One (1) Cruzer Slide 16GB purple and gray thumb drive with serial number BL150424774B; and

One (1) Sandisk Ultra Plus 32GB Micro SD Card with serial number 5272PRA14396 with adapter.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Sections 2253(a)(2) and (3).

DARREN J. LAMARCA
United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 7th day of September 2022.

UNITED STATES MAGISTRATE JUDGE