IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:22cr114-TBM-RPM

WALTON STEPHEN VAUGHAN

MOTION TO CONTINUE PLEA HEARING

COMES NOW the defendant, Walton Stephen Vaughan, and respectfully moves this Court for an order to continue the plea hearing set for February 10, 2023, for the following reasons and in so doing waives his right to a Speedy Trial:

I.

On October 4, 2022, Mr. Vaughan made his initial appearance on the one-count indictment filed in this case. On this date, the Federal Public Defender was appointed as counsel.

II.

On January 17, 2023, the defendant entered notice of his intent to plead guilty, and his plea hearing was thereafter scheduled for February 10, 2023.

III.

The undersigned counsel is scheduled to be out of the office on military leave.  As such, the undersigned respectfully requests that Vaughan's plea hearing be continued to February 17, 2023.

IV.

The United States does not oppose the Defendant's request for continuance, and the Defendant submits that the requested continuance will serve the ends of justice and is not sought for purposes of delay.

WHEREFORE PREMISES CONSIDERED, the Defendant respectfully requests that his Motion be granted and for such other and further relief that the Court deems just and proper.

Respectfully submitted this the 3rd day of February 2023.

WALTON STEPHEN VAUGHAN, Defendant

By: /s/John W. Weber
John W. Weber III, MB #101020
Assistant Federal Public Defender
Southern District of Mississippi
2510 14th Street, Suite 902
Gulfport, MS   39501
Phone: (228) 865-1202
Fax:    (228) 867-1907
Email: john_weber@fd.org
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, John W. Weber III, do hereby certify that I have this day electronically filed the foregoing motion with the Clerk of the Court using the ECF system which sent notification of such filing to the Assistant United States Attorney Andrea Jones.

SO CERTIFIED, this the 3rd day of February 2023.

/s/John W. Weber
Assistant Federal Public Defender